UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEIKURO CORPORATION, | ) |
| | ) |
| Plaintiff(s), | ) No. C 10-3486 BZ |
| | ) |
| v. | ) **BRIEFING ORDER** |
| | ) |
| AMERICAN DEFENSE FINISHING INC., et al., | ) |
| | ) |
| Defendant(s). | ) |

Having received defendants' motion to dismiss, **IT IS ORDERED** that any opposition shall be filed by **September 20, 2010.** Any reply shall be filed by **September 27, 2010**. By no later than **September 20, 2010**, plaintiff shall consent to or decline magistrate judge jurisdiction. The form to consent to or decline magistrate judge jurisdiction may be

///

///

///

///

1

found on the court's website at:

http://www.cand.uscourts.gov

Dated: September 2, 2010

                              _____
                                    Bernard Zimmerman
                           United States Magistrate Judge

G:\BZALL\-BZCASES\TEIKURO V. AMERICAN DEFENSE\BRIEFING ORD.wpd