FREEMAN, FREEMAN & SMILEY, LLP
PENTHOUSE, SUITE 1200
3415 SEPULVEDA BOULEVARD
LOS ANGELES, CA 90034-6060
(310) 255-6100

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEIKURO CORPORATION, a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN DEFENSE FINISHING, INC., a Tennessee corporation; NORMAN EVANS, an individual, DAVID HOLMES, an individual, RICHARD LOUDEN, an individual,<br><br>Defendants. | Case No. 3:10-cv-03486-WHA<br><br>**STIPULATION TO TRANSFER VENUE; [PROPOSED] ORDER**<br><br>Complaint filed: August 9, 2010 |

**TO THE HONORABLE COURT:**

**IT IS HEREBY STIPULATED** and agreed by and between Plaintiff TEIKURO CORPORATION, a California Corporation, against Defendants AMERICAN DEFENSE FINISHING, INC., a Tennessee corporation; NORMAN EVANS, an individual, DAVID HOLMES, an individual, RICHARD LOUDEN, an individual (collectively "Defendants") through their counsel of record, that this action shall be transferred to the United States District Court for the Middle District of Tennessee, with each party to bear its and his own costs incurred thus far in this action; and

**IT IS HEREBY FURTHER STIPULATED** that a response to the Complaint shall be filed and served within 21 days from the date the parties receive written notice from the United

1

1195207.1/21917-800

1  States District Court for the Middle District of Tennessee that this matter has been transferred.

2  Dated:  September 30, 2010                    FREEMAN, FREEMAN & SMILEY, LLP

3

4                                                By:  /s/_____
                                                     ARMEN G. MITILIAN
5                                                    Attorneys for Plaintiff
                                                     TEIKURO CORPORATION
6

7  Dated:  September 30, 2010                    FARELLA BRAUN + MARTEL, LLP

8

9                                                By:  /s/_____
                                                     ADAM C. DAWSON
10                                                   Attorneys for Defendants AMERICAN
                                                     DEFENSE FINISHING, INC.; NORMAN
11                                                   EVANS; DAVID HOLMES; and
                                                     RICHARD LOUDEN

12

13

14                              [PROPOSED] ORDER

15             PURSUANT TO STIPULATION, IT IS SO ORDERED,

16

17  Dated:  __October 1, 2010._____        _____

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO TRANSFER VENUE; [PROPOSED] ORDER - 3:10-cv-03486-WHA

1195207.1/21917-800

FREEMAN, FREEMAN & SMILEY, LLP
PENTHOUSE, SUITE 1200
3415 SEPULVEDA BOULEVARD
LOS ANGELES, CA 90034-6060
(310) 255-6100